UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WARREN TALLANT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S HOME CENTERS, LLC, <br><br> Defendant. | Case No. 1:24-cv-01125-JLT-CDB <br><br> ORDER ON RENEWED STIPULATED REQUEST AMENDING SCHEDULING ORDER <u>AS MODIFIED</u> <br><br> (Doc. 16) |

**Background**

Pending before the Court is the parties' renewed stipulated request to amend the scheduling order. (Doc. 16). The parties earlier request (Doc. 14) was denied for failure to demonstrate due diligence and good cause, and failure to comply with the operative scheduling order (*see* Doc. 10 at 8).

In support of the request, the parties represent that Plaintiffs' counsel's two-year-old son has been undergoing medical treatment, beginning November 26, 2024. Counsel anticipated the treatment to conclude by the middle of January 2025 but, due to complications, his son remains hospitalized as of the date of the filing. (Doc. 16 at 2). The parties state that they have diligently pursued discovery since the issuance of the operative scheduling order (Doc. 10). *Id.*

The parties, therefore, stipulate to modify the scheduling order and assert that these facts

present good cause to do so. *Id.* at 2-3.

**Discussion**

The parties propose the following extended deadlines (*id.* at 3):

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline | 03/17/2025 | 09/11/2025 |
| Expert Disclosure Deadline | 04/15/2025 | 10/12/2025 |
| Rebuttal Disclosure Deadline | 05/13/2025 | |
| Expert Discovery Deadline | 06/16/2025 | 12/12/2025 |
| Mid-Discovery Status Conference | 03/03/2025 | |
| Non-Dispositive Motion Filing Deadline | 06/30/2025 | |
| Non-Dispositive Motion Hearing | 08/04/2025 | |
| Dispositive Motion Filing Deadline | 08/15/2025 | 02/11/2026 |
| Dispositive Motion Hearing | 09/30/2025 | |
| Pre-Trial Conference | 12/01/2025 | |
| Trial | 01/27/2026 | |

For good cause shown, the parties' stipulated request to amend the scheduling order (Doc. 10) will be granted. The expert disclosure deadline will be continued to October 14, 2025, as October 12, 2025, is a Sunday and the following Monday is Columbus Day.

Given the extension of other deadlines, it is impractical to grant the parties' request while maintaining the current rebuttal expert disclosure, non-dispositive motion, and dispositive motion hearing deadlines, as well as mid-discovery status conference, pretrial conference, and trial dates. As such, and to comport with the assigned district judge's scheduling protocols, all related deadlines as well as the mid-discovery status conference, pre-trial conference, and trial dates will be extended.

In light of the significant extensions of time granted herein, the Court admonishes the parties that it is unlikely to grant further extensions of time, including to accommodate possible settlement discussions (which the Court expects to be undertaken in parallel with the extended case management dates granted) absent extraordinary circumstances.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 10) be amended as follows:

1. Non-Expert Discovery deadline extended from March 17, 2025, to **September 11, 2025**.
2. Expert Disclosure deadline extended from April 15, 2025 to **October 14, 2025**.
3. Expert Rebuttal Disclosure deadline extended from May 13, 2025 to **November 12, 2025**.
4. Expert Discovery Deadline extended from June 16, 2025, to **December 12, 2025**.
5. Mid-Discovery Status Conference continued from March 3, 2025, to **August 14, 2025, at 10:30 a.m**.
6. Non-Dispositive Motion filing deadline extended from June 30, 2025, to **December 29, 2025**.
7. Non-Dispositive Motion hearing deadline extended from August 4, 2025, to **February 2, 2026, at 10:30 a.m.**
8. Dispositive Motion filing deadline extended from August 15, 2025, to **February 11, 2026**.
9. Dispositive Motion hearing deadline extended from September 30, 2025, to **March 25, 2026, at 8:30 a.m.**
10. Pre-Trial Conference continued from December 1, 2025, to **May 26, 2026, at 1:30 p.m.**
11. Trial continued from January 27, 2026, to **July 21, 2026, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   **March 3, 2025**

UNITED STATES MAGISTRATE JUDGE